■ BETTY D. VEREECKE, Appellant, v MOBIL OIL CORPORATION, Respondent. [737 NYS2d 572] —Appeal from an order of Supreme Court, Monroe County (Stander, J.), entered May 29, 2001, which, inter alia, granted defendant's motion for specific performance of a fixed purchase option.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated at Supreme Court, Stander, J. Present—Green, J.P., Pine, Kehoe and Gorski, JJ.